UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | **FILED UNDER SEAL** |
| | : | No.   3:20MJ349SALM |
| | : | |
| COUNTY OF NEW HAVEN | : | April 7, 2020 |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

Your affiant, Daniel L. Prather**,** being duly sworn, depose and state as follows:

1.   I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and

Explosives ("ATF").  As such, I am a law enforcement officer of the United States within the

meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered

by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516

of Title 18.  I have been employed by ATF for approximately eighteen years, the last sixteen

years as a Special Agent.  I have a Bachelors of Art degree in Criminal Justice, and have

completed the Criminal Investigator Training Program and the ATF Special Agent Basic

Training program, both of which are conducted at the Federal Law Enforcement Training Center

in Glynn County, Georgia.  I have received specialized training in firearms identification and the

investigation of firearms-related offenses.  I have participated in investigations involving the

unlawful possession of firearms by prohibited persons, including persons who are previously

convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and

the use of firearms in the commission of violent acts.  I have participated in investigations

involving individuals who unlawfully possess firearms, of individuals illegally selling firearms,

and of individuals distributing illegal drugs.  As such, I have coordinated the controlled

purchases of illegal firearms and narcotics utilizing confidential sources, cooperating witnesses

and undercover law enforcement officers; written, obtained and coordinated the execution of search and arrest warrants pertaining to individuals involved in the illegal possession and distribution of firearms and narcotics; conducted electronic and physical surveillance of individuals involved in illegal drug distribution; analyzed records documenting the purchase and sale of firearms and illegal drugs; provided testimony, both in Grand Jury proceedings and District Court proceedings; and spoke with informants and subjects, as well as local, state and federal law enforcement officers, regarding the manner in which individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs.  In addition, I have been involved in the investigation of street gangs, including gangs with a national presence as well as locally-based gangs.  I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

2.    I am currently assigned to the ATF Hartford Field Office and I am conducting an investigations into threats made by Daniel SCOTT, a resident of the District of Connecticut, to others outside of the District.

3.    This affidavit sets forth facts and evidence that are relevant to the requested search warrant, but does not set forth all of the facts and evidence that I have gathered during the course of the investigation of this matter.  Rather, I have only set forth the facts that are necessary to establish probable cause to support the issuance of a search and seizure warrant for 70 Union Street, Apartment 3, Norwich, CT (the "Target Premises") described in Attachment A:

> **70 Union Street, Apartment 3, Norwich, CT:** The location is a three story, gray clapboard residence with a white trim.  The residence has a brown, exterior porch that also functions as an exterior staircase to access the entrance to each story of the residence. There are six front entrances; each entrance is access from their respective porch level.  There are also rear entrance/exits for the 2nd and 3rd stories at the rear of the location.  The residence marked "70"

2

on the front, left post of the porch on the 1st story of the residence. The target location is the Apartment 3 which is the only residence on the third story of the location and is access via one of two entrances on the third story of the porch and/or through a staircase located at the rear of the residence.

4.  This affidavit is made in support of an application for search warrant under Rule 41 of the Federal Rules of Criminal Procedure to allow the government to seize evidence located at the TARGET PREMISES, as set forth in **Attachment B**.

5.  For the reasons set forth herein, I have probable cause to believe and I do believe, that the items described in **Attachment B**, which constitute evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 922(g)(1) (possession of a firearm  by a convicted felon) and violations of Title 18, United States Code 875 (interstate threats).

<u>Investigation</u>

6.  On Monday, March 2, 2020, this affiant spoke to Kelsey Pineda of the Bronx, NY. Ms. Pineda relayed that she had been receiving threatening calls, voicemails and text messages from Daniel SCOTT.  Ms. Pineda stated that she had met SCOTT approximately six months prior in a bar in New York City.  She further explained that she had maintained a friendship with SCOTT, who she knew lived somewhere in Connecticut, and regularly communicated with him via phone and text. She stated that during that six month period he had traveled to New York to visit her on three or four occasions.

7.  Ms. Pineda relayed that on the evening of Saturday, February 29, at approximately 1800 hours, she relayed to SCOTT over the phone that she was not interested in having a romantic relationship with him.  Ms. Pineda stated that at that time, SCOTT became upset with her.  Ms.

3

Pineda stated that indicated to SCOTT that she no longer wanted to communicate with SCOTT at which point he began calling and texting her nonstop.  Ms. Pineda stated that she then blocked his phone number from her phone.  Ms. Pineda stated that SCOTT continued to contact her by blocking his number and using several different phone numbers to relay messages to her. Ms. Pineda stated that from Saturday evening through Sunday evening she received numerous calls and text messages from SCOTT, at which time she changed her number. She stated that during that time period she had received approximately 300 calls that she believed were from SCOTT and seventeen voicemails. Ms. Pineda stated that she had spoken to a Detective Joof of the NYPD's 50th Precinct on the morning of March 1, 2020 to file a complaint.  She stated that she believed that Detective Joof had contacted SCOTT by phone and asked SCOTT to stop  but that SCOTT continued to try to contact her.

8.   On March 2, 2020, Ms. Pineda  forwarded the text messages and voicemails to this affiant.  Portions from several of the text messages are listed below, with the number each message was sent from listed above the text, along with the date and approximate time:

8603475433

March, 1, 2020 0351 hours

    a.   "Where ya at hoe I'm tryna make an example out someone Monday…I'm on ya ass cuz das gunna briny a nigga out som ima Harrass ya thieving ass[1]"

March 1, 2020 0507 hours

---

[1]  Ms. Pineda reported that SCOTT had used his credit card on her Uber account and that she and her sister had taken Uber rides when SCOTT was not present.  SCOTT had been aware of these charges and had asked her to remove the card from her account. She believed that matter had been resolved before he became upset with her.  I should be noted that SCOTT was a suspect in a homicide that had occurred in New London, CT.  The investigation indicated that SCOTT had been involved in the murder of an associate that had stolen drug proceeds from him.

    b.   "Bitch u ain't nuthin but a pretty ass thot Jus like them bitches from around my way but see them btiches from out my way ain't dumb enough to play wit they life'.

9172683791

March 1, 2020 0508 hours

    c.   "I will kill every male in ya fuckin family…Bitch even y little fucking brother hoe…An b4 I kill him I'll tel him why he gotta go bitch".

9179832136

March 1, 2020 0510 hours

    d.   "Bitch u can't escape me ima Make u hate me hop I got a thousand pones laying around my house u fake ass city girl (emojis) u better giv ya nigga up or I promis my sisters guna cut ya fuckin fact f u p bitch they no where u live I gave em ya address dumb bitch fake ass finessing hoe jus hadda whole talk wit ya fird ass bout giving u wateva an y hoe ass sat there like ok whole Time u already done used my car multiple times an u though I ain't kno wen I did u a wild bith an ima show wat happens to wild bitches wen they get caught I sugges u give ya nigga up or that nigga dick u sucking cuz bith u don't want my little sister on ya ass bro fr"

3235289366

February 29, 2020 1829 hours

    e.   "Way…I'm guna kill ya nigga lmao…Wya let's talk now I'm on ya ass bitch".

20337385647

February 29, 2020 1822 hours

    f.   "Listen to me u sitting her having a full blown conversation on text app das how I now ur a mental patient…Just hav tha nigga u fuckin at work cuz ima embarrass u

5

an I'm not gonna get violent wit no girl so have someone there for me to take this anger out on…I won't even bring my gun I promise"

1740 hours

g. "Bitch I'm telling u Monday not nuttin guna stop me not no security nobody watch wat my sister do to ya face"

March 1, 2020 0030 hours

h. "See you Monday hoe u guna learn ya lesson after this lien dirty ass bitch so enjoy ya nite out guna b ya last one for a few hoe…I really can't wait to see that dumb ass look on ya face lmao…one my cuzin grave I wanna take some one life fr…bring a nigga to work wit u both bitch whoever u fucking have them protect u cuz that level of disrespect u on only come wit bullets"

i. "Las nigga who took from me ain't even on this earth anymore"

j. "An tell ya coworkers don't try n b superman. Cuz I'll shoot tha whole gym up an end all of us bitch…I'm Really boutta get on sum street shit bitch u got me hot….Oooohhhhg I can't wait…U 2 pretty to b a bird bitch smh…U disgust me fr…U disgust me fr…"

k. "One of them guna try n play super man N das wen dat stick gunna start hittin…I wish us was a nigga so I could kill u bitch..Nun gunna open ya phone in front t me n who me wat nigga u dealing wit so we cud slide on him or ima have sisters slide on u hoe u pick not playing see u thos I'm done tol Monday beo bro…just kno this shit fr lon even feel bad that u got raped no more…that nigga should of killed ya hoes ass…done got u in a situation u can't even get out of…nuttin can stop not no cops nobody".

l.  "I'm guna shot that shit outta ya tough ass"

m.  "Stu...Bitch all us do is lie and suck dick...U really guna show me ya nigga or ima have my sister slide on u…I already tol them u stole from me N I told them where u work n wat u look like…So Monday b prepared to give someone up…So wat u guna give ya man up ow u gunna get ya shit split instead…Cua my sister don't like Spanish girls…they gunna pounce on ya A ass"

n.  "Bitch I'm tak ya life fuck it lol"

1824 hours

o.  "Bitch u mus of lost ur mind…they gunna kill u bro N I'm on my way out there hoe…u better jus leave nyc forever bro cuz it's up…we guna go all tha way wit this shit".

p.  "Shit went from Nigga bye I ain't use ya card to now u scared lmfao…Bitch I'm not one these new niggaas ima make u a believer…Lemme see u tomorrow (emoji)…Cuz I already kno tha outcome…Monday…One them Guna try n play super man…N das wen dat stick guna start hittin (emoji)"

q.  "I wish u was a nigga so I cud kill u bitch…Nun guna open ya phone in front t me n show me wat nigga u dealing wit so we cud slide on him…Or ima have sisters slide on u hoe…U pick…Not playing."

r.  "I see Kelsey Monday guna b ya worst day of ya life…N if u not there I'll come back every day…Til u quit bitch…Ima embarrass tf outta u…An tell ya co workers don't try n b Superman…Cuz I'll shoot tha whole gym up an end all of us bitch…I'm Really boutta get on sum street shit bitch u got me hot….Oooohhhhg I can't wait…U 2 pretty to b a bird bitch smh…U disgust me fr…U disgust me fr…"

s.   "Bitch u must of lost ur mind…They guna kill u bro…N I'm On my way out there hoe…U better jus leave nyc forever bro…Cuz it's up…We guna go all tha way wit this shit…Bitch send me ya nigga addy…Now hoe…Way…Let's talk now…Cmon…Hello."

t.   "Lol u got me fuck up…I was being nice to u cuz I really liked ya hoe ass lol..But now..Ima treat u like we in da street...Streetes…Dusty…Las nigga who took from me ain't even on this earth anyomore".

u.   "Bitch u can't escape me ima Make u hate me hop I got a thousand pones laying around my house u fake ass city girl (emojis) u better giv ya nigga up or I promis my sisters guna cut ya fuckin fact f u p bitch they no where u live I gave em ya address dumb bitch fake ass finessing hoe jus hadda whole talk wit ya fird ass bout giving u wateva an y hoe ass sat there like ok whole Time u already done used my car multiple times an u though I ain't kno wen I did u a wild bith an ima show wat happens to wild bitches wen they get caught I sugges u give ya nigga up or that nigga dick u sucking cuz bith u don't want my little sister on ya ass bro fr"

9.   As noted above, SCOTT left Ms. Pineda numerous voice mail messages. Both Ms. Pineda and this affiant have listen to each message and identified the voice as belonging to SCOTT. Among the voicemails were the following:

Unknown Number

March 01, 2020 0223 hours

a. "Yo that's word to my little cousin's grave. On Monday I'm gonna hurt you bitch. I don't care about no cops. I don't give a fuck who in that gym[2]. Bitch, when I see you on Monday, I'm gonna hurt your stupid ass big headed bitch".

Unknown Number

March 01, 2020 0145 hours

b. "Yo, I'm telling you bro, I'm really just (unintelligible) because I'm mad and I want to know how serious I am, like, this ain't a game. I'm pulling up Monday and it's about to go down my nigga. You gonna show me, you  gonna give me ya phone, you gonna open that shit and you gonna point that nigga out[3]. I, I need to get violent with somebody. I mean, I sweat to God bitch, I'm about to ruin your life".

10. On March 2, 2020, at approximately 1620 hours, SCOTT arrived at Ms. Pineda's place of employment, Xsport Fitness at 200 Baychester Avenue in the Bronx, NY. Ms. Pineda contacted the New York City Police Department who arrived and took SCOTT into custody for Aggravated Harassment 2nd and Stalking 45th Degree.

11. On March 2, 2020, the Honorable Robert A. Richardson, U.S. Magistrate Judge for the District of Connection, issued an arrest warrant for Daniel SCOTT for violations of Title 18 U.S.C. 875(c), Threatening Communications.

12. On March 4, 2020, this affiant and Special Agent Griffin Farley of the ATF Hartford Field Office, took SCOTT into custody at Vernon C. Bain Center in the Bronx, NY and transported him to Connecticut. SCOTT was provided with an ATF Advice of Rights and waiver form which he read and signed.  SCOTT admitting to having sent threating communications to Ms. Pineda

---

[2] Ms. Pineda is employed by a gymnasium in the Bronx, NY.
[3] Ms. Pineda relayed that SCOTT was under the impression that she was dating another male but that was not the case.

stating that after she had blocked his cell phone number he began using the Text Now application to generate new cell phone numbers so that he could contact Ms. Pineda. SCOTT admitted to sending threatening texts and voicemails to Ms. Pineda stating, "I was saying shit but that was just shit to scare her". SCOTT explained, "All them numbers with me off text apps, bro. I swear to God I was never gonna do nothing to this lady. I'm just really giving her a hard time for giving me a hard time". SCOTT also stated that even though in several of the messages he told Ms. Pineda he was in New York, all of the communications had been sent to her while he was in the State of Connecticut.

13.   On March 17, 2020, this affiant was contacted by Detective Joof of the NYPD. Detective Joof confirmed that he had received Ms. Pineda's complaint about SCOTT on March 1, 2020 and that as part of his follow up in the investigation he had contacted SCOTT via telephone and told him to stop contacting Ms. Pineda. Detective Joof stated that he went off shift shortly after his conversation with SCOTT and did not check his work issued cell phone again for several days.  He stated that when he did check the voicemail several days later he realized that he had received a number of threatening voicemails from SCOTT. Detective Joof stated that he believed that all of the voicemail messages were left on March 1, 2020 but that the number was blocked on each call. Detective Joof forwarded the messages to this affiant.  I have listened to the messages and confirmed that the voice is that of Daniel SCOTT. Several of the messages left were as follows:

    a.   "I swear to God (unintelligible) I'm gonna kill you. Watch (laughing)."

    b.   "Yo, whoever called my phone earlier, you a bitch. Word to everything cause you ain't even picking up the phone no more. Like it's really up on you, gang. We gonna kill you. I'm gonna kill you my nigga. Like dis, you ain't gonna see the summer. Blat, blat, pussy".

c.   "Yo, once I find out whoever that was, playing cops and robbers on my shit, I'm

telling you, I'm gonna up that shit on you. Kelsey gonna tell me cause I'm brining

my sister up there and if she don't tell me my sister gonna cut her face wide the

fuck open".

<u>Investigation into SCOTT's Place of Residence</u>

14.   During the course of this investigation, SCOTT's federal probation officer provided

this affiant with an address of 320 Laurel Hill Avenue, Apartment 1, in Norwich, CT as his listed

residence.

15.   On March 06, 2020, this affiant traveled to 3210 Laurel Hill Avenue in Norwich, CT

to speak to SCOTT's cohabitants. I was unable to locate anyone at the residence but was able to

contact the listed lessor, Samiyra Hinds via telephone. She stated that she was at work and could

not return to her residence at that time.  Hinds stated that SCOTT was her best friend but that they

recently had a falling out. Hinds stated that SCOTT had taken her son and several other friends'

children on an outing on February 25 and had failed to communicate with her and others when he

was running later. She stated that she stopped talking to him after that. She stated he had not been

living with her and she did not know where he had been staying. She stated that she was aware

that he had had listed her address with probation but that he had not been staying with her.

16.   On March 19, 2020, this affiant received information from Pinger, Inc. in response to

a Grand Jury subpoena requesting subscriber information for phone number 917-983-2136, which

was registered to Pinger, Inc. on or about February 29, 2020 and was used to send threatening

communications to Kelsey Pineda. The information from Pinger, Inc. showed that an account was

created on March 01, 2020 at approximately 0506 hours using an Internet Protocol (IP) Address

of 32.211.168.135. This affiant subsequently determined that the IP address of 32.211.168.135 is registered from Frontier Communications.

17.   On March 30, 2020, this affiant received a response from Frontier Communications showing that the IP address of 32.211.168.135 is currently associated with an account in the name of Daniel SCOTT at 70 Union Street, Unit 3, in Norwich, CT.

18.   On March 31, 2010, this affiant traveled to 70 Union Street in Norwich, CT and observed that a mailbox marked "3" had numerous items of mail inside.  This affiant observed a number of the items of mail, each of which was addressed to Daniel SCOTT at 70 Union Street, 70 Union Street, Apt 3 or 70 Union Street, Unit 3.

19.   On that same date, this affiant spoke to the owner/landlord of 70 Union Street. She relayed that SCOTT had been a tenant at 70 Union Street, Apt 3, for approximately one year. She stated that SCOTT was to only listed person on the lease and was the only person she was aware that was residing there and/or had access to the apartment, other than herself.

## Evidence Maintained at Target Location

20.   As noted above, one of the accounts utilized to threaten Ms. Pineda was accessed via an IP Address registered at the Target Location. It is this affiant's understanding, based on information relayed to me by persons with a technical understanding of the functioning of wireless networks,  that each IP address is associated with a wireless router that is maintained at a respective address. Wireless (Wi-Fi) network access requires a router to broadcast the network signal and to connect wireless devices to the given network. Some routers have logging capabilities that can record and maintain records of what devices connected and when. This capability must be enabled, and the individual capabilities, storage, and functionality are completely dependent on the manufacturer and particular router model. If logging is enabled, the

router can record device identifiers (also known as Media Access Control addresses or "MAC's"), IP address assigned to the device, other network activity contemporaneous with a connection, and corresponding event dates and times. There is no way to determine if router logging was enabled without accessing the router memory. Unplugging the router often clears all memory and destroys any router logs. These generally are not recoverable later in subsequent forensic acquisitions. Further, every device has its own MAC address that is unique and reflects the manufacture of the individual device. Thus, by reviewing communication traffic occurring through the respective router, investigators are also able to see the respective devices responsible for these communications.  In this instance, where we know a particular IP address was used to access a suspect Pinger account at a particular date and time, we can review the activity from the respective router at that date and time and locate the device that was used to conduct said communication.  It is this affiant's belief that such logs may be being maintained on the router present at 70 Union Street, Apt 3, in Norwich, CT as an IP address associated with the residence was used to communicate with suspect account.

21.  In addition to the information contained on the routers, this affiant believes that similar information, communications, photos of posted items and photos of stolen items is being stored on personal electronic devices (iPhones, Android phones, other smart phones) as well as shared  use electronic devices (iPads, tablets, desktop computers) that are stored at the suspect residence[4].

---

[4] It should be noted that at the time of his arrest in New York City, SCOTT had two cell phone in his possession one of which, an iPhone, would have been capable of utilizing a 3rd party application such as Pinger, Inc. At this time, this affiant is unable to gain possession of the devices to logistically complications from the Corona virus outbreak. However, even if SCOTT utilized this device to conduct the communications it does not exclude the possibility that he used additional devices, such an iPad, to communicate threats.  Further, it is also important for investigators to attempt to capture information from the router to establish that the devices were used in or/near the apartment and, therefore, establish that SCOTT was sending his threatening communications across state lines.

22.   In addition to recovering electronic information and devices, investigators also request to search for bills, mail and/or other paperwork to indicate that SCOTT is the account holder for the Frontier Communications account as well as to establish that SCOTT is residing at 70 Union Street, Apt. 3, Norwich, CT.

23.   Finally, as noted in the communications above, SCOTT makes multiple references to shooting at individuals.  SCOTT is a multi-convicted felon and is prohibited from possession firearms.

24.   It is this affiant's belief that, based on this information provided herein there is probable cause to believe and I do believe, that the items described in Attachment B, which constitute evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 922(g)(1) (possession of a firearm by a convicted felon) and violations of Title 18, United States Code 875 (interstate threats) will be located at the Target Premises.

DANIEL PRATHER
Digitally signed by DANIEL PRATHER
Date: 2020.04.09 14:47:31 -04'00'

_____
Executed on (Date)

Daniel L. Prather
Special Agent, ATF

*The truth of the foregoing affidavit has been attested to me by Special Agent Daniel L. Prather over the telephone on this _____ day of April, 2020, at _____.*

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.04.09 15:00:54 -04'00'

*Honorable Sarah A. L. Merriam*
*United States Magistrate Judge*

14

## ATTACHMENT A

## PLACE TO BE SEARCHED

### 70 Union Street, Apartment 3 (3rd Floor), Norwich, CT

The location is a three story, gray clapboard residence with a white trim.  The residence has a brown, exterior porch that also functions as an exterior staircase to access the entrance to each story of the residence. There are six front entrances; each entrance is access from their respective porch level.  There are also rear entrance/exits for the 2nd and 3rd stories at the rear of the location. .  The residence marked "70" on the front, left post of the porch on the 1st story of the residence. The target location is the Apartment 3 which is the only residence on the third story of the location and is access via one of two entrances on the third story of the porch and/or through a staircase located at the rear of the residence. Then mailbox for Apartment 3 had mail in the name of Daniel SCOTT.








### ATTACHMENT B
### DESCRIPTION OF ITEMS TO BE SEIZED

**70 Union Street, Apartment 3 (3rd Floor), Norwich, CT**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use of which is or has been used as the means of committing a criminal offense, namely, violations of Title 18, United States Code, 18 U.S.C. Section 922(g)(1), possession of a firearm by a convicted felon and Section 875(c), Interstate Threats,  including:

    a.   books, records, receipts, notes, ledgers, and other papers and documentation relating to Pinger, Inc., Text Now and/or any other third party communication application that may have been utilized by SCOTT from February 29, 2020 through March 02, 2020;

    b.   any and all information contained on the wireless router that may be recovered through digital forensic investigation;

    c.   any bills related to the Frontier Communications;

    d.   any bills, receipts, lease agreements and/or paperwork establishing Daniel SCOTT as the resident of 70 Union Street, Apt. 3, Norwich, CT;

e.  cellular telephones, iPads, tablets and/or computers that are in the custody or control of SCOTT;

f.  any mobile telephone bills;

g.  firearms, ammunition and other weapons; and

h.  safes and other secure storage containers and their contents.